FEBRUARY 10, 1988

No. A–616 (87–6406). WILLIAMS *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Applica-

tion for stay of execution of sentence of death, presented to JUS-
TICE WHITE, and by him referred to the Court, granted pending
the disposition by this Court of the petition for writ of certiorari.
Should the petition for writ of certiorari be denied, this stay ter-
minates automatically. In the event the petition for writ of cer-
tiorari is granted, this stay shall continue pending the sending
down of the judgment of this Court. JUSTICE WHITE took no
part in the consideration or decision of this application.